ROBERT D. JOHNSTON, as Surviving Partner of the Firm of JAMES RISK et al., Respondent, *v.* COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.

(Submitted May 24, 1926; decided June 1, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 242 N. Y. 381.)

---

103 PARK AVENUE COMPANY, Appellant, *v.* EXCHANGE BUFFET CORPORATION, Appellant, and THE CITY OF NEW YORK et al., Respondents.

(Submitted May 24, 1926; decided June 1, 1926.)

MOTION to amend remittitur. (See 242 N. Y. 366.)

Motion granted. Recall of remittitur requested and when recalled the same will be amended by inserting therein a recital that upon the argument of the appeal in this court the plaintiff made the point that the statute, chapter 786 of the laws of New York, enacted in 1920, deprives the plaintiff of his property without due process of law and impairs the obligation of contract in violation of the provisions of the Constitution of the United States, and that said point was determined adversely to the plaintiff.